ACCEPTED
01-14-00513-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 11:30:48 AM
CHRISTOPHER PRINE
CLERK

## Nos. 01-14-00513-CR & 01-14-00514-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/28/2015 11:30:48 AM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

**Nos. 1330898 & 1330899**
In the 351st District Court
Of Harris County, Texas

———————◆———————

**AARON CHARLES BURTON**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S SECOND MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

———————◆———————

To the Honorable Court of Appeals:

The State of Texas, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1. The appellant was indicted for evading arrest with a motor vehicle and possession of a controlled substance. (1 CR 8; 2 CR 8)[1]. Both indictments alleged two prior felony convictions, with one having been committed after the other became final. (1 CR 8; 2 CR 8). The appellant pleaded not guilty to both charges. (3 RR 3-4). A jury found him guilty as charged. (1 CR 87-88; 2 CR 84, 88). The appellant pleaded true to all the enhancement allegations and the trial court assessed his punishment in both cases at thirty years' confinement, with the sentences to run concurrently. (1 CR 88, 2 CR 88). The appellant filed a timely notice of appeal for both cases. (1 CR 91; 2 CR 91). The records do not contain trial court certifications of the appellant's right of appeal.

2. The State's brief is due on January 28, 2015. The State requests a 30-day extension of time in which to file its brief.

3. This is the State's second request for extension.

4. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

---

[1] For ease of citation, the State will refer to the clerk's records in these as though they were sequentially-numbered volumes. Thus, the record for 01-14-00513-CR (the evading case) will be 1 CR, and the record for 01-14-00514-CR (the possession case) will be 2 CR. Also, the State notes that the clerk failed to paginate the record for the evading case. For 1 CR, the State will use the PDF page numbers.

a. Since this Court granted the State's first motion for extension, the undersigned attorney has worked on the following cases:

1. Shane Allen Mikel
   No. 01-14-00277-CR
   Brief filed December 31, 2014

2. Brian Wei
   No. PD-1613-14
   Petition for discretionary review filed January 6, 2015

3. State of Texas v. Joshua Grabow
   No. 1380708 in the 248th District Court
   Handled lengthy jury-charge conference on January 8, 2015

4. Cedric Hopes
   No. 14-14-00403-CR
   Brief filed January 14, 2015

5. Gary Ishmael Bolin
   Nos. 14-14-00521-CR & 14-14-00522-CR
   Brief filed January 14, 2015

6. Jose Treto
   No. 14-14-00369-CR
   Brief filed January 15, 2015

7. Octaviano Sanchez
   Nos. 14-14-00003-CR *et seq.*
   Oral argument held  January 22, 2015.

8. Eric Baumgart
   No. 01-14-00320-CR
   Brief filed January 28, 2015

b. In addition to these cases (and this case), the undersigned attorney presently has assigned to him four other cases with active deadlines. This workload is common in the appellate section of the Harris County District Attorney's office, thus offloading this work to others is not a realistic option.

c. The undersigned attorney is assigned to receive trial court questions from nine felony courts. Though writing briefs is his primary duty, the undersigned attorney spends roughly 10% of his time answering these trial court questions.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ C.A. Morgan
CLINTON A. MORGAN
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

# CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:

Tony Aninao
taninao@hotmail.com


/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date: January 28, 2015